# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

—————————————

## No. 201800013

—————————————

## UNITED STATES OF AMERICA
Appellee

v.

## XAVIER N. JONES
Lance Corporal (E-3), U.S. Marine Corps
Appellant

—————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, Marine Corps Air Station Yuma, Yuma, AZ.
Staff Judge Advocate's Recommendation: Major Jennifer S. Parker, USMC.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

—————————————

Decided 12 April 2018

—————————————

Before MARKS, WOODARD, and GEIS, *Appellate Military Judges*

—————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court